IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: ALL ASSETS HELD FOR THE BENEFIT OF AMAZING ASIA MANAGEMENT LIMITED, PO-HSIEN LU, CHIU-FENG HSU, AND TSUNG-CHE HSU IN ACCOUNTS NOS. 626003095, 6268007634, 6268007635, 6268007636, 6268007637, 6268007638, 6268007672, 6268007673, 6268007694, 6268007731, 6268007762 AT FAR EAST NATIONAL BANK, LOS ANGELES, CALIFORNIA | Misc. No.<br><br>Case: 1:08-mc-00491<br>Assigned To : Kennedy, Henry H.<br>Assign. Date : 7/28/2008<br>Description: Miscellaneous |

FILED
AUG 04 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## RESTRAINING ORDER

WHEREAS, this matter having come before this Court on the *ex parte* application of the United States of America for a restraining order pursuant to 28 U.S.C. §§ 2467(d)(3)(A), (d)(3)(B)(ii) and 18 U.S.C. § 983(j), which provides this Court with jurisdiction to enter restraining orders and take such other action as may be necessary to preserve any property subject to forfeiture in a foreign proceeding to ensure its availability for forfeiture;

WHEREAS, pursuant to 28 U.S.C. § 2467(c)(2)(B), venue is proper in this Court for the registration and enforcement of foreign restraining orders affecting property that is the subject of foreign forfeiture proceedings;

WHEREAS, on July 11, 2008, the Taiwanese Public Prosecutor issued the restraining order against Amazing Asia Management Limited ("Amazing Asia") and Tsung-Che Hsu's ("Hsu") assets including eleven accounts at a financial institution in the United States (hereinafter the "Taiwanese Restraining Order");

WHEREAS, the violation of foreign law giving rise to forfeiture in Taiwan would constitute violations or offenses that would give rise to forfeiture under United States law if

committed in United States;

WHEREAS, the Acting Assistant Attorney General of the Criminal Division of the United States Department of Justice, being duly authorized, has certified that it is in the interest of justice to enforce the Taiwanese Restraining Order;

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, PURSUANT TO 28 U.S.C. § 2467(d)(3)(A) and (d)(3)(B)(ii) THAT:

1. The restraining order issued by the Taiwanese Public Prosecutor, dated July 11, 2008, attached hereto with a English translation, shall hereby be given effect.

2. Effective immediately, all monies, assets, and other things of value held in the following accounts (the "Property") are hereby RESTRAINED:

   a. All assets held for the benefit of Amazing Asia Management Limited, Po-Hsien Lu, Chiu-Feng Hsu, or Tsung-Che Hsu in Account Nos. 626003095, 6268007634, 6268007635, 6268007636, 6268007637, 6268007638, 6268007672, 6268007673, 6268007694, 6268007731, 6268007762 at Far East National Bank, Los Angeles.

3. All persons and entities, including Amazing Asia Management Limited, Tsung-Che Hsu, Chiu-Feng Hsu, Po-Hsien Lu, their agents, servants, employees, attorneys, family members, those persons in active concert or participation with Lu, Hsu or the corporate entities, and anyone in possession of or holding any interest in the Property, be and are hereby ENJOINED AND RESTRAINED from withdrawing, transferring, selling, assigning, pledging, distributing, giving away, encumbering, wasting, secreting or otherwise participating in the disposal, removal or alienation by any means of any interest, direct or indirect, in the Property, without prior approval of the Court upon notice to the United States and an opportunity for the United States to be heard, except as specified in this Order and provided that, in accordance with

28 U.S.C. § 2467(d)(3)(C), no person may object to this Order on the grounds that it is the subject of parallel litigation involving the same Property pending in a foreign court.

4. The financial institutions holding the Property shall continue to receive and credit monies, deposits, interest, dividends, or other things of value to the account identified above, which additional assets shall be subject to this Order and restrained pursuant to its terms. Upon receiving notice of this Order, the affected financial institutions shall disclose to the United States the exact amount on deposit and the approximate market value and makeup of any assets not held in currency at the time the assets are frozen pursuant to this Order, shall hereafter provide to the United States a monthly statement of the accounts, and shall promptly respond to requests by the United States for information concerning the accounts at any time thereafter for as long as this Order remains in place.

5. The United States, may serve a copy of the this Order on the affected financial institutions by facsimile, and, pursuant to Rule 4(f) of the Federal Rules of Civil Procedure or other applicable law, shall seek to provide a copy of the Court's Order to identifiable persons holding a legal interest in the Property, including: Amazing Asia Management Limited, Po-Hsien Lu, Chiu-Feng Hsu and Tsung-Che Hsu.

6. The terms of this Restraining Order shall remain in full force and effect until further order of this Court.

Dated this  30th  day of July, 2008.

*[signature: Henry Kennedy]*
UNITED STATES DISTRICT JUDGE
United States District Court for the
District of Columbia

宙股

臺灣嘉義地方法院檢察署檢察官扣押命令

97年度他字第994號

被　　　　告　AMAZING ASIA MANAGEMENT LTD
　　　　　　　設臺中市西區五權西4街27號11F之2
代　表　人
兼　被　告　盧伯賢　男　49歲（民國48年3月25日生）
　　　　　　　籍設高雄縣大寮鄉大明街104號
　　　　　　　現住臺中市西區五權西4街27號11F之2（現於臺灣高雄第二監獄執行中）
　　　　　　　身分證統一編號：Q120281005號
　　　　　許秋鳳　女　44歲（民國52年10月15日生）
　　　　　　　籍設臺中市南屯區萬和路1段33號之6
　　　　　　　現住臺中市西區五權西4街27號11F之
　　　　　　　身分證統一編號：Q221181122號
　　　　　許聰哲　男　40歲（民國56年9月11日生）
　　　　　　　住嘉義縣新港鄉中庄村18鄰中庄160巷34號（通緝中）
　　　　　　　身分證統一編號：Q121181488號

一、被告盧伯賢因犯賭博罪，經臺灣高等法院臺南分院以96年度上易字第619號判決判處有期徒刑4年，減為有期徒刑2年，並於刑之執行完畢或赦免後，令入勞動場所強制工作3年；被告許聰哲因賭博案件，經臺灣嘉義地方法院通緝中；盧冠廷因犯賭博罪，經臺灣高等法院臺南分院以96年度上易字第619號判決判處有期徒刑1年，減為有期徒刑6月，被告盧伯賢犯罪所得美金1億8,879萬6,835.77元應與被告許聰哲及盧冠廷等人連帶沒收。

二、被告盧伯賢、許秋鳳及許聰哲共同開設AMAZING ASIA MANAGEMENT LTD，該公司在BANK SINOPAC HONG KONG BRANCH、CHINATRUST COMMERCIAL BANK,LTD HONG KONG BRANCH等銀行之存款，業經臺灣高等法院臺南分院以上開判決認定為被告

　　盧伯賢之犯罪所得，應與被告許聰哲及盧冠廷等人連帶沒收
　　。

三、上列被告AMAZING ASIA MANAGEMENT LTD、盧伯賢、許秋鳳
　　及許聰哲等在Far East National Bank帳戶內之存款（
　　Account Number：626003095、6268007634～6268007638、
　　6268007672、6268007673、6268007694、6268007731、6268
　　007762），疑為被告盧伯賢之犯罪所得，依刑事訴訟法第13
　　3條第1項規定，應予扣押之。

中　　華　　民　　國　　97　　年　　7　　月　　11　　日
　　　　　　　　　　　　　檢　察　官　王　輝　典



Seizure Order

Issued by: Taiwan Chiayi District Prosecutors Office
Date: July 11, 2008
Case No.: 97-Ta-994

Defendant:
**AMAZING ASIA MANAGEMENT LTD**
Domicile: 11F-2, No. 27, Wu Chuan 4th Street, West Area, Taichung

Representatives and Defendants:
**Lu, Po-Hsien**
Male, 49 years old (Date of Birth: March 25, 1959)
Domicile: No. 104, Ta-Ming Street, Ta Liao County, Kaohsiung
Residence: 11F-2, No. 27, Wu Chuan 4th Street, West District, Taichung (He is serving his time in Kaohsiung 2nd Prison)
ID No. Q120281005

**Hsu, Chiu-Feng**
Female, 44 years old (Date of Birth: October 15, 1963)
Domicile: No. 33-6, Section 1, Wan-Ho Road, Nan-Tun District, Taichung
Residence: 11F-2, No. 27, Wu Chuan 4th Street, West District, Taichung
ID No.: Q221181122

**Hsu, Tsung-Che**
Male, 40 years old (Date of Birth: September 1, 1967)
Domicile: No. 34, Lane 160, Chung-Chuang, Hsin Kang County, Chiayi (wanted)
ID No.: Q121181488

1. The defendant Lu, Po-Hsien is sentenced to 4 years imprisonment for gambling offence, which is deducted 2 years in accordance with the Act on Sentence Reduction, and shall be committed to a labor establishment to perform compulsory labor for three years after serving his time in jail per Judgment No. 96-Shang-Yi-619 by the Taiwan High Court, Tainan Branch. The defendant Hsu, Tsung-Che is currently on the wanted list of the ChiaYi District Court. Lu, Kuang-Ting, the nephew of Lu, Po-Hsien is sentenced to one year imprisonment which is deducted 6 months in

accordance with the Act on Sentence Reduction per the same judgment. The proceeds of crime of Lu, Po-Hsien amounts to USD0.1 billion 88 million 790 thousand and 6 thousand 8 hundred and thirty-five dollars 77 cents should be confiscated jointly with the assets of Hsu Tsung-Che and Lu, Kuang-Ting.

2. The defendants, Lu, Po-Hsien, Hsu. Chiu-Feng and Hsu, Tsung-Che are the co-founders of Amazing Asia Management Limited. The deposit of the said company in Bank Sinopac, Hong Kong Branch, Chinatrust Bank Ltd, Hong Kong Branch are considered the proceeds of crime per the same judgment and should be confiscated jointly with Hsu, Tsung-Che and Lu, Kuang-Ting.

3. It is highly suspected that the deposit of the defendants Amazing Asia Management Ltd., Lu, Po-Hsien, Hsu Chiu-Feng and Hsu Tsung-Che in the Far East National Banks (Account numbers: 626003095, 6268007634~6268007638, 6268007672, 6268007673, 6268007694, 6268007731 and 6268007762) is the proceeds of crime derived from Lu, Po-Hsien's gambling offense. Accordingly, the above-mentioned accounts should be seized in accordance with Article 133, Section 1 of the Code of Criminal Procedure of the Republic of China.

Prosecutor: Wang Hui-Hsing
Seal of the Taiwan ChiaYi District Prosecutors Office